OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

OFFICIAL BUSINESS P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

STATE OF TEXAS

PENALTY FOR
PRIVATE USE.

ZIP 78701 $ 000.27⁵
0001401623 SEP 18 2015
PITNEY BOWES

WR-83,881-01

Abel Acosta, Clerk

9/11/2015
APPLEGATE, JEFFERY DUANE Tr. Ct. No. F8599 A
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

RETURN TO SENDER

NOT IN TARRANT COUNTY JAIL

JEFFERY DUANE APPLEGATE
TARRANT COUNTY JAIL - TDC # 1804949
100 N. LAMAR
FORT WORTH, TX 76102